## National Croation Society of the United States of America, Appellee, v. Mary Pavlic, Appellee, and Veronika Pavlic. Jurs Pavlic, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Logan county; the Hon. T. M. HARRIS, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 13, 1915. Rehearing denied December 11, 1915.

## Statement of the Case.

Bill of interpleader by National Croation Society of the United States of America, complainant, against Mary Pavlic, widow of Kresimir Pavlic, and Jurs Pav-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

lic and Veronika Pavlic, father and mother of Kresimir Pavlic, defendants, to determine the right to the proceeds of a policy of insurance on the life of Kresimir Pavlic. From a decree in favor of defendant Mary Pavlic, after the overruling of a motion by the other defendants to set aside a judgment by default, defendant Jurs Pavlic appeals.

W. J. REARDON, for appellant; W. B. COONEY, of counsel.

McCORMICK & MURPHY, for appellees.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. JUDGMENT, § 146*—*when affidavit in support of motion to set aside default insufficient.* An affidavit in support of a motion to set aside a judgment by default, *held* insufficient where it appeared that the affiant had a power of attorney to represent the party and he delayed more than one month, after he learned of the institution of the suit, to represent the interests of the party.

2. INSURANCE, § 827*—*how change of beneficiary made.* Where an insured had the right to change the beneficiary and he did all that he could to make such change, by writing to the lodge in another State, where his certificate was, that he wanted to make such change and to send the certificate to a lodge in the town where he was living, and wrote the secretary of the local lodge to make such change and to find the certificate for him, but the certificate was not obtained, *held* that the change must be deemed to have been made.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.